Name and address:
Karin G. Pagnanelli (SBN 174763), kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., | CASE NUMBER  2:17-cv-06050-JVS-JEM |
| Plaintiff(s) | |
| v. | |
| LITE-ON, INC. et al | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

TIGHE, TARA N.                          of    Schertler Onorato Mead & Sears
*Applicant's Name (Last Name, First Name & Middle Initial)*    555 - 13th Street, N.W., Suite 500 West

202-628-4199        202-628-4177                Washington, DC  20004
*Telephone Number*    *Fax Number*

ttighe@schertlerlaw.com
*E-Mail Address*                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DSS, Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: ____

**and designating as Local Counsel**

Karin G. Pagnanelli                        of    Mitchell Silberberg & Knupp LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2049 Century Park East, 18th Floor

174763        310-312-3746        310-231-8346        Los Angeles, CA 90067-3120
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

kgp@msk.com
*E-Mail Address*                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: ____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
        is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated** ____

                                            **U.S. District Judge/U.S. Magistrate Judge**