Name and address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., <br><br> Plaintiff(s) <br> v. <br><br> LITE-ON, INC. et al <br><br> Defendant(s) | CASE NUMBER <br> 2:17-cv-06050-JVS(JEMx) <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HAC VICE* [77] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**MEAD, CHRISTOPHER B.**
*Applicant's Name (Last Name, First Name & Middle Initial)*

**202-628-4199** — *Telephone Number*
**202-628-4177** — *Fax Number*
**cmead@schertlerlaw.com** — *E-Mail Address*

of
Schertler Onorato Mead & Sears
555 - 13th Street, N.W., Suite 500 West
Washington, DC 20004
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**DSS, Inc.**
*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

**Karin G. Pagnanelli**
*Designee's Name (Last Name, First Name & Middle Initial)*

**174763** — *Designee's Cal. Bar No.*
**310-312-3746** — *Telephone Number*
**310-231-8346** — *Fax Number*
**kgp@msk.com** — *E-Mail Address*

of
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated **7/12/2023**

_____
U.S. District Judge