CHRISTOPHER B. MEAD (*pro hac vice*)
  cmead@schertlerlaw.com
TARA N. TIGHE (*pro hac vice*)
  ttighe@schertlerlaw.com
SCHERTLER ONORATO MEAD & SEARS
555 13th Street NW Suite 500 West
Washington, DC 20004
Telephone: 202.628.4199
Fax: 202.628.4177

KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Document Security Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LITE-ON, INC. and LITE-ON TECHNOLOGY CORPORATION, <br><br> Defendant. | CASE NO. 2:17-cv-6050-JVS (*JEMx*) <br><br> Hon. James V. Selna <br><br> **PLAINTIFF DOCUMENT SECURITY SYSTEMS, INC.'S STATUS REPORT** |

Plaintiff Document Security Systems, Inc. ("Plaintiff") hereby submits the following status report:

On July 13, 2017, Plaintiff filed a Complaint against Defendants alleging infringement of U.S. Patent Nos. 6,949,771 (the "'771 patent"), 7,524,087 (the "'087 patent"), and 7,256,486 ("the '486 patent") (collectively, the "patents-in-suit"). (ECF 1). On November 16, 2017, Plaintiff filed a First Amended Complaint asserting the same patents-in-suit. (ECF 36).

On July 27, 2018, the Court stayed this litigation pending petitions for *inter partes* review and related *inter partes* proceedings instituted by the USPTO. (ECF 70). Those proceedings and related appeals have been completed. Claims 10-11 from the '771 patent; claim 6 from the '486 patent; and claims 2-5 and 9-14 of the '087 patent survived IPR practice.

We recently made an appearance in this litigation for Plaintiff, replacing prior counsel. We wanted to provide this brief status report, and request thirty (30) days to confer with Defendants' counsel and submit a Joint Report and Request to Lift Stay, and a Proposed Schedule.

DATED: AUGUST 11, 2023

SCHERTLER ONORATO MEAD & SEARS
Christopher B. Mead
Tara N. Tighe

MITCHELL SILBERBERG & KNUPP LLP
Karin G. Pagnanelli

By: */s/ Christopher B. Mead*
Karin G. Pagnanelli (SBN 174763)
Attorneys for Plaintiff
Document Security Systems, Inc.,

**Attestation Regarding Signatures-Local Rule 5-1(h)(3)**

I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 11, 2023

    */s/ Karin G. Pagnanelli*
    Karin G. Pagnanelli