# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>LITE–ON INC, et al.<br><br>Defendant(s). | 2:17–cv–06050–JVS–JEM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:     8/30/2023

Document No.:     82

Title of Document:     Request for Approval of Substitution or Withdrawal of Counsel

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests–Substitute Attorney (G–01)

Proposed order was not submitted as a separate, additional attachment to the Request

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 31, 2023            By:  /s/ *Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov*
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.