## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Document Security Systems, Inc. | CASE NUMBER: |
| PLAINTIFF(S) | 2:17-cv-06050-JVS-JEMx |
| v. | |
| LITE-ON, INC. et al | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 8/30/2023 | 82 | Request for Approval of Substitution or Withdrawal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

    Filer shall consult the Notice of Deficiency and correct all deficiencies prior to re-filing.

Dated: _____9/5/2023_____

By: _____
U.S. District Judge / U.S. Magistrate Judge