**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DSS, Inc., <div align="right">Plaintiff(s)</div> | CASE NUMBER<br><br>Case No. 2:17-cv-06050-JVS-JCG |
| v.<br><br>LITE-ON, INC., and LITE-ON TECHNOLOGY COR <div align="right">Defendant(s)</div> | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Document Security Systems, Inc.        ☒ Plaintiff ☐ Defendant ☐ Other
_____
*Name of Party*

to substitute  Karin G. Pagnanelli, Mitchell Silberberg & Knupp LLP        who is

☒ Retained Counsel        ☐ Counsel appointed by the Court (Criminal cases only)        ☐ Pro Se

2049 Century Park East, 18th Floor, Los Angeles, CA 90067
*Street Address*

Los Angeles,  CA 90067                          kgp@msk.com
*City, State, Zip*                                      *E-Mail Address*

310 312-3746                                                          174763
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of  Brian D. Ledahl, Neil A. Rubin, Jacob R. Buczko,
*List **all** attorneys from same firm or agency who are withdrawing.*

Paul A. Kroeger and Minna Chan


**is hereby**        ☐ **GRANTED**        ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.


Dated _____                    _____
                                                                                 U. S. District Judge/U.S. Magistrate Judge


G–01 ORDER (09/17)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**