# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DSS, Inc.,

Plaintiff(s)

v.

LITE-ON, INC., and LITE-ON TECHNOLOGY COR

Defendant(s)

**CASE NUMBER**

Case No. 2:17-cv-06050-JVS-JEMx

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [85]**

The Court hereby orders that the request of:

Document Security Systems, Inc.   ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute Karin G. Pagnanelli, Mitchell Silberberg & Knupp LLP   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2049 Century Park East, 18th Floor, Los Angeles, CA 90067
*Street Address*

Los Angeles, CA 90067                    kgp@msk.com
*City, State, Zip*                       *E-Mail Address*

310 312-3746                                                 174763
*Telephone Number*        *Fax Number*                       *State Bar Number*

as attorney of record instead of Brian D. Ledahl, Neil A. Rubin, Jacob R. Buczko,
*List all attorneys from same firm or agency who are withdrawing.*
Paul A. Kroeger and Minna Chan

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated September 7, 2023

*U. S. District Judge*