# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS, INC., | No. 2:17-cv-6050-JVS (JEMx) |
| Plaintiff, | Hon. James V. Selna |
| v. | Mag. Judge: John E. Mcdermott |
| LITE-ON, INC. AND LITE-ON TECHNOLOGY CORPORATION, | **ORDER OF DISMISSAL [90]** |
| Defendants. | |

Upon consideration of the stipulation among the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** as follows.

This case is hereby dismissed with prejudice. Such dismissal with prejudice shall apply only to the patents asserted in Plaintiff DSS, Inc.'s Complaint in this matter.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 1, 2023

_____
Hon. James V. Selna
United States District Judge